UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNIE R. TAYLOR, | |
| Plaintiff, | Case No. 1:20-cv-01382 |
| v. | Honorable Judge Harry D. Leinenweber |
| FLEXSHOPPER, LLC | Honorable Magistrate Jeffrey Cole |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES, ANNIE R. TAYLOR ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Inc., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, FLEXSHOPPER, LLC, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: April 21, 2020

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on April 21, 2020, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
